FILED
CLERK, U.S. DISTRICT COURT
SEP 2 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Carolina Gallardo, Defendant. | Case No.: 2:23-CR-00482-SVW<br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

1          and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the safety
4          of any other person or the community if released under 18 U.S.C.
5          § 3142(b) or (c).  This finding is based on the following:
6          (X)   information in the Pretrial Services Report and Recommendation
7          (X)   information in the violation petition and report(s)
8          ( )   the defendant's nonobjection to detention at this time
9          ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: September 2, 2025               _____
                                                             SHERI PYM
                                               United States Magistrate Judge